# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0540
LT Case No. 05-1998-CF-16951-A

———————————————

CANDY SUE LOVALL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.800 Appeal from the Circuit Court for Brevard County.
Michelle Lynn Naberhaus, Judge.

Candy Sue Lovall, Florida City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

July 15, 2025

PER CURIAM.

AFFIRMED. *See Ratliff v. State*, 914 So. 2d 938, 940 (Fla. 2005) (holding that a life sentence does not violate article 1, section 17 of the Florida Constitution, which forbids an indefinite term of imprisonment).

JAY, C.J., and MAKAR and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____